## 59419. SIMS v. DYKES et al.

SMITH, Judge.
The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and McMurray, P. J., concur.*

SUBMITTED FEBRUARY 4, 1980 — DECIDED MAY 2, 1980.

*John L. Watson, Jr.,* for appellant.
*Monroe Ferguson,* for appellees.